**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| 6700 Arrowhead Owners Assoc., Inc., | No. CV-12-1677-PHX-SMM |
| Plaintiff, | |
| vs. | **ORDER** |
| State Farm Fire & Casualty Co., Inc., | |
| Defendant. | |

Pending before the Court is the parties' Stipulation for Dismissal With Prejudice. (Doc. 36.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

DATED this 16th day of December, 2013.

Stephen M. McNamee
Senior United States District Judge